# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.   BRANDON FORSHEE, | ) | |
| | ) | |
|      Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV-17-129-F |
| | ) | |
| 1.   TINKER FEDERAL CREDIT UNION, | ) | |
| | ) | |
| | ) | **ATTORNEY LIEN CLAIMED** |
|      Defendant. | ) | **JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Brandon Forshee, hereby stipulates with the Defendant, Tinker Federal Credit Union, that his claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 17th DAY OF JULY, 2017.**

s/ Lauren W. Johnston
JANA B. LEONARD, OBA #17844
LAUREN W. JOHNSTON, OBA #22341
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, Oklahoma 73139
(405) 239-3800 (telephone)
(405) 239-3801 (facsimile)
leonardjb@leonardlaw.net
johnstonlw@leonardlaw.net
*Counsel for Plaintiff*

           s/ Byrona J. Maule
(Signed with permission)
Byrona J. Maule, OBA #16159
PHILLIPS MURRAH, P.C.
Corporate Tower, Thirteenth Floor
101 North Robinson
Oklahoma City, Oklahoma 73102
Tele: 405-235-4100
Fax: 405-235-4133
bjmaule@phillipsmurrah.com
*Counsel for Defendant*